06/29/2006 16:21 3083857050 PFG PLAN ADM PAGE 01

To Cindy Brown
903-786-8933

from Pat Selle

DEFENDANT'S EXHIBIT 19

RADARS OUTPUT PROFILE FOR SELLE, PATRICIA, K
PAYER B07042 00001 CUR 03/11/04 RDAR INFO B07042 00001

B 7042 1 03/31/04 03/11/04 0B07042 00001 97 03/01/04 - 03/31/04

COMMERCIAL AIRCRAFT
ATTN CINDY BROWN
5515 N FM 1417
SHERMAN TX 75092

$ 934.11

PLEASE REVIEW ALL MESSAGES BELOW. THEY CONTAIN INFORMATION RELATED TO YOUR PREMIUM PAYMENTS AND THE ADMINISTRATION OF YOUR PLAN. IF YOU HAVE QUESTIONS REGARDING ANY OF THESE MESSAGES, PLEASE CONTACT US AT THE NUMBER LISTED BELOW.

IT IS IMPORTANT TO REPORT NEW ENROLLMENTS, TERMINATIONS, AND CHANGES IN CLASSIFICATION OR DEPENDENT STATUS AS SOON AS POSSIBLE TO ENSURE PROPER ADJUSTMENTS ARE REFLECTED ON YOUR NEXT PREMIUM STATEMENT. THIS WILL RESULT IN A MORE ACCURATE BALANCE DUE.

FOR ASSISTANCE, PLEASE CALL TOLL FREE: 1 800-843-1371

**********************************************************************
PROVIDING YOU WITH GOOD SERVICE IS IMPORTANT. PLEASE REVIEW YOUR STATEMENT EACH MONTH TO ENSURE PROMPT AND ACCURATE CLAIM PAYMENT.
**********************************************************************

0001000764 000000000000 000807042000019? S

RETURN THIS PORTION WITH YOUR PAYMENT

COMMERCIAL AIRCRAFT
ATTN CINDY BROWN
5515 N FM 1417
SHERMAN TX 75092

PRINCIPAL LIFE
GROUP, GRAND ISLAND
P O BOX 14513
DES MOINES IA 50306 3513

*503063513367*

B 7042 1 03/31/04 03/11/04 0B07042 00001 97 03/01/04 03/31/04 $ 934.11

PREMIUM MUST BE RECEIVED WITHIN 31 DAYS OF 03/01/04

EXHIBIT 2

H07042-00001 CUR 03/11/04 (RDAR INFO H07042 00001 )

PREMIUM STATEMENT

THIS IS YOUR COPY. PLEASE KEEP FOR YOUR RECORDS.

ACCOUNT NO. H 7042-1 COMMERCIAL AIRCRAFT LB. NO. 0807042 00001 97 DUE DATE: 03/01/04 STMT DATE: 03/11/04

| ID NUMBER | NAME | AGE | BILL MONTH | LIFE/AD&D BNFT | LIFE/AD&D PREM | DEP STATUS * | MEDICAL EMP | MEDICAL DEP | DEP STATUS ** | DENTAL EMP | DENTAL DEP | CHARGE/ CREDIT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BALLARD JA | 52 | 030104 | 30000 | 7.20 | | | | | | | 7.20 |
| | BAUGH TERR | 29 | 030104 | 30000 | 7.20 | EMP | 261.97 | .00 | EMP | 15.11 | .00 | 284.28 |
| | BISKAY WAL | 52 | 030104 | 30000 | 7.20 | EMP | 261.97 | .00 | EMP | 15.11 | .00 | 284.28 |
| | BRAVO RAUL | 38 | 030104 | 30000 | 7.20 | EMP | 261.97 | .00 | EMP | 15.11 | .00 | 284.28 |
| | BROWN CIND | 46 | 030104 | 30000 | 7.20 | EC | 261.97 | 249.00 | EC | 15.11 | 18.24 | 551.52 |
| | BURKLEO MI | 18 | 030104 | 30000 | 7.20 | EMP | 261.97 | .00 | EMP | 15.11 | .00 | 284.28 |
| | BUTLER DOU | 44 | 030104 | 30000 | 7.20 | ES | 261.97 | 381.30 | ES | 15.11 | 18.78 | 684.36 |
| | BYRUM WILL | 36 | 030104 | 30000 | 7.20 | EMP | 261.97 | .00 | EMP | 15.11 | .00 | 284.28 |
| | CHAPMAN DU | 35 | 030104 | 30000 | 7.20 | EMP | 261.97 | .00 | EMP | 15.11 | .00 | 284.28 |
| | DEBS REBEC | 31 | 030104 | 30000 | 7.20 | EMP | 261.97 | .00 | EMP | 15.11 | .00 | 284.28 |
| | ESTES JOHN | 27 | 030104 | 30000 | 7.20 | EMP | 261.97 | .00 | EMP | 15.11 | .00 | 284.23 |
| | FARRELL BR | 18 | 030104 | 30000 | 7.20 | EC | 261.97 | 249.00 | EC | 15.11 | 18.24 | 551.52 |
| | FORD ARTHU | 38 | 030104 | 30000 | 7.20 | | | | | | | 7.20 |
| | GECKLER JA | 24 | 030104 | 30000 | 7.20 | EMP | 261.97 | .00 | EMP | 15.11 | .00 | 284.28 |
| | HEINSMAN R | 52 | 030104 | 30000 | 7.20 | EMP | 261.97 | .00 | EMP | 15.11 | .00 | 284.28 |
| | HYDE DOUGL | 57 | 030104 | 30000 | 7.20 | EMP | 261.97 | .00 | EMP | 15.11 | .00 | 284.28 |
| | JEAN ROBER | 55 | 030104 | 30000 | 7.20 | EMP | 261.97 | .00 | EMP | 15.11 | .00 | 284.28 |
| | KELLEY GAL | 49 | 030104 | 30000 | 7.20 | EMP | 261.97 | .00 | EMP | 15.11 | .00 | 284.28 |
| | KEMP CODY | 28 | 030104 | 30000 | 7.20 | EMP | 261.97 | .00 | EMP | 15.11 | .00 | 284.28 |
| | KING KADE | 18 | 030104 | 30000 | 7.20 | EMP | 261.97 | .00 | EMP | 15.11 | .00 | 284.28 |
| | KING MARK | 40 | 030104 | 30000 | 7.20 | ES | 261.97 | 381.30 | ES | 15.11 | 18.78 | 684.36 |
| | LANDERS RO | 43 | 030104 | 30000 | 7.20 | EMP | 261.97 | .00 | EMP | 15.11 | .00 | 284.28 |
| | LOPEZ GONZ | 29 | 030104 | 30000 | 7.20 | | | | | | | 7.20 |
| | MARTIN CHR | 33 | 030104 | 30000 | 7.20 | EMP | 261.97 | .00 | EMP | 15.11 | .00 | 284.28 |
| | OWENS DALE | 43 | 030104 | 30000 | 7.20 | EMP | 261.97 | .00 | EMP | 15.11 | .00 | 284.28 |
| | PHILLIPS B | 59 | 030104 | 30000 | 7.20 | ES | 261.97 | 381.30 | ES | 15.11 | 18.78 | 684.36 |
| | ROBBINS CL | 25 | 030104 | 30000 | 7.20 | EMP | 261.97 | .00 | EMP | 15.11 | .00 | 284.23 |
| | SCOTT JACK | 38 | 030104 | 30000 | 7.20 | EMP | 261.97 | .00 | EMP | 15.11 | .00 | 284.28 |
| | SIMS II KE | 33 | 030104 | 30000 | 7.20 | EMP | 261.97 | .00 | EMP | 15.11 | .00 | 284.28 |
| | STANFIELD | 49 | 030104 | 30000 | 7.20 | | | | | | | 7.20 |
| | STARING KR | 23 | 030104 | 30000 | 7.20 | EMP | 261.97 | .00 | EMP | 15.11 | .00 | 284.23 |
| | STINER AMB | 20 | 030104 | 30000 | 7.20 | EMP | 261.97 | .00 | EMP | 15.11 | .00 | 284.23 |
| | THEOFILSDE | 25 | 030104 | 30000 | 7.20 | EMP | 261.97 | .00 | EMP | 15.11 | .00 | 284.23 |

* MED PLAN DESCRIPTIONS: EMP/E = EMPLOYEE, S = SPOUSE, C = CHILDREN
** DENT PLAN DESCRIPTIONS: EMP/E = EMPLOYEE, S = SPOUSE, C = CHILDREN

FOR ASSISTANCE, PLEASE CALL TOLL FREE: 1 800-843-1371

ACCOUNT NO. H 7042-1 03/01/2004

H07042-00001 CUR 03/11/04 (RDAR INFO H07042 00001 )

PREMIUM STATEMENT

THIS IS YOUR COPY. PLEASE KEEP FOR YOUR RECORDS.

ACCOUNT NO. H 7042-1 COMMERCIAL AIRCRAFT LB. NO. 0807042 00001 97 DUE DATE: 03/01/04 STMT DATE: 03/11/04

| ID NUMBER | NAME | AGE | BILL MONTH | LIFE/AD&D BNFT | LIFE/AD&D PREM | DEP STATUS + | MEDICAL EMP | MEDICAL DEP | DEP STATUS ++ | DENTAL EMP | DENTAL DEP |
|---|---|---|---|---|---|---|---|---|---|---|---|

| SUMMARY TOTALS - TOTAL COVERED | | COVERED FOR DENTAL | 33 | | | | CHARGE/ CREDIT |
|---|---|---|---|---|---|---|---|
| COVERED FOR MEDICAL TOTAL | 29 | TOTAL | 29 | LIFE / AD&D | 990,000 | BAL DUE LAST | .00 |
| SPOUSE | 3 | SPOUSE | 3 | | | PMT SINCE LAST | 9,073.53 |
| SPOUSE/CHILD | 0 | SPOUSE/CHILD | 0 | | | NET CREDITS | .00 |
| CHILDREN | 2 | CHILDREN | 2 | | | BAL FORWARD | 9,073 53- |
| | | | | | | CHARGES THIS STMT | 10,007.54 |
| | | | | | | TOTAL AMT DUE | 934.11 |

| | | | | |
|---|---|---|---|---|
| LIFE / AD&D PREMIUM TOTALS | | $237.60 | | |
| MEDICAL PREMIUM TOTALS | EMPLOYEE | $7,597.13 | DEPENDENT | $1,641.90 |
| DENTAL PREMIUM TOTALS | EMPLOYEE | $438.19 | DEPENDENT | $92.82 |

\+ MED PLAN DESCRIPTIONS: EMP/S = EMPLOYEE, S = SPOUSE, C = CHILDREN
++ DENT PLAN DESCRIPTIONS: EMP/E - EMPLOYEE, S = SPOUSE, C = CHILDREN

FOR ASSISTANCE, PLEASE CALL TOLL FREE: 1-800-843-1371

ACCOUNT NO. H 7042-1 03/01/2004