## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF OKLAHOMA

MARTIN A. BOYD,                                    )
                                                   )
      Plaintiff,                              )
                                                   )
v.                                                 )
                                                   )     Case No. CIV-04-438-SPS
                                                   )
AIRCRAFT POWER AND                                 )
SERVICES, INC., aka APS INC.,                      )
and COMMERCIAL AIRCRAFT                             )
EQUIPMENT INC.,                                    )
                                                   )
      Defendants.                             )

**FILED**

SEP 12 2006

William B. Guthrie
Clerk, U.S. District Court

By_____

Deputy Clerk

### VERDICT FORM ON PLAINTIFF MARTIN BOYD'S
### CLAIM UNDER THE OKLAHOMA ANTI-DISCRIMINATION ACT

We, the jury in the above styled case being duly impaneled and sworn, do hereby find (Please place an "X" on the appropriate line that reflects your decision and fill in any necessary blanks):

    __X__    In favor of Plaintiff Martin Boyd and award damages for:

Lost salary and benefits in the amount of $ 162,000.

Future loss of earnings in the amount of $ 432,000.

Damages for emotional distress in the amount of $ 500,000 .

OR

Nominal damages in the amount of $_____.


_____  In favor of Defendants Aircraft Power & Services, Inc., and Commercial Aircraft Equipment, Inc.


9-12-06
_____
Date

Patricia Ridenour
_____
Foreperson