IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

FILED
SEP 26 2006
William B. Guthrie
Clerk, U.S. District Court
By_____
Deputy Clerk

MARTIN A. BOYD,

Plaintiff,

v.                                          Case No. CIV-04-438-SPS

AIRCRAFT POWER AND SERVICES, INC., aka
APS INC., and COMMERCIAL AIRCRAFT
EQUIPMENT INC.,

Defendant.

## JUDGMENT IN A CIVIL CASE

This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdicts.

IT IS ORDERED AND ADJUDGED that judgment be, and hereby is, awarded to Plaintiff, Martin A. Boyd, on his claim for violation of the Americans With Disabilities Act, against Defendants Aircraft Power and Services, Inc., aka, APS, Inc. and Commercial Aircraft Equipment, Inc., in the amounts of $162,000.00 for back pay, $432,000.00 for front pay, $162,000.00 for intangible losses, and $500,000.00 for punitive damages.

IT IS ORDERED AND ADJUDGED that judgment be, and hereby is, awarded to Plaintiff, Martin A. Boyd, on his claim for violation of the Age Discrimination in Employment Act, against Defendants Aircraft Power and Services, Inc., aka, APS, Inc. and Commercial Aircraft Equipment, Inc., in the amounts of $162,000.00 for back pay, $432,000.00 for front pay, and $162,000.00 in liquidated damages.

IT IS ORDERED AND ADJUDGED that judgment be, and hereby is, awarded to Plaintiff, Martin A. Boyd, on his claim for violation of the Oklahoma Anti-

Discrimination Act, against Defendants Aircraft Power and Services, Inc., aka, APS, Inc. and Commercial Aircraft Equipment, Inc., in the amounts of $162,000.00 for back pay, $432,000.00 for front pay, $500,000.00 for emotional distress, and $500,000.00 for punitive damages.

IT IS ORDERED AND ADJUDGED that judgment be, and hereby is, awarded to Plaintiff, Martin A. Boyd, on his claim for wrongful discharge, against Defendants Aircraft Power and Services, Inc., aka, APS, Inc. and Commercial Aircraft Equipment, Inc., in the amounts of $162,000.00 for back pay, $432,000.00 for front pay, $500,000.00 for emotional distress, and $500,000.00 for punitive damages.

IT IS ORDERED AND ADJUDGED that the jury verdicts be reduced by a total of $1,782,000.00, solely because Plaintiff is not entitled to duplicate back pay and front pay awards and the jury awarded back pay and front pay on each of Plaintiff's four claims.

Therefore, JUDGMENT IS HEREBY ENTERED in favor of Plaintiff, Martin A. Boyd, and against Defendants Aircraft Power and Services, Inc. aka APS, Inc. and Commercial Aircraft, Inc. for the total sum of $3,418,000.00.

September __26__, 2006.

_____
Judge Steven P. Shreder, District Judge
USDC for the Eastern District of Oklahoma

Approved as to form and content:

_____
Jim T. Priest, OBA # 7310
Kathryn D. Terry, OBA # 17151
Whitten Nelson McGuire Terry & Roselius
PO Box 138800
Oklahoma City, OK 73113
jimpriest@whitten-nelson.com
kterry@whitten-nelson.com
Telephone: 405/705-3600
Facsimile: 405/705-2573
Attorneys for Plaintiff

_____
Anthony Allen, OBA # 19738
35 East 18th Street
Tulsa, Oklahoma 74119
Telephone: 918/712-2686
Facsimile: 918/712-9222
tony@lawtulsa.com
Attorney for Defendants