IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **MARTIN A. BOYD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. CIV-04-438-SPS |
| | ) | |
| **COMMERCIAL AIRCRAFT EQUIPMENT INC.,** and **AIRCRAFT POWER AND SERVICES, INC.,** also known as **APS INC.,** | ) ) ) ) ) | |
| | ) | |
| **Defendants.** | ) | |

### JUDGMENT DISMISSING ACTION
### BY REASON OF SETTLEMENT

The Court has been advised by counsel that this action has been settled, or is in the process of being settled. Therefore, it is not necessary that the action remain upon the calendar of the Court.

**IT IS ORDERED** that the action is dismissed without prejudice. The Court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

**IT IS FURTHER ORDERED** that the clerk forthwith serve copies of this judgment by United States mail upon the attorneys for the parties appearing in this action.

**DATED** the 13th day of December, 2006.

_____

**STEVEN P. SHREDER**
**UNITED STATES MAGISTRATE JUDGE**